**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AMY GREGORY, | ) | Civil Action No: 3:25-cv-00265-ML |
|     *Plaintiff*, | ) | |
| | ) | Hon. Miroslav Lovric |
| v. | ) | United States Magistrate Judge |
| | ) | |
| FRANK BISIGNANO,[1] | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand and Proposed Order**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Frank Bisignano, | Amy Gregory, |
| Commissioner of | |
| Social Security, | |
| | |
| By His Attorneys, | By Her Attorney, |
| | |
| John A. Sarcone, III, | |
| United States Attorney | |

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2

| | |
|---|---|
| */s/ Geoffrey M. Peters* | */s/  Peter A. Gorton* [2] |
| Geoffrey M. Peters | Peter A. Gorton |
| Special Assistant United States Attorney | Lachman, Gorton Law Firm |
| Office of Program Litigation, Office 2 | P.O. Box 89 |
| Office of the General Counsel | 1500 E. Main St. |
| Social Security Administration | Endicott, NY 13761-0089 |
| 6401 Security Boulevard | (607) 754-0500 |
| Baltimore, MD 21235 | office@lglaw.org |
| (212) 264-1298 | |
| Geoffrey.Peters@ssa.gov | |

**SO ORDERED:**
May 27, 2025

*[signature: Miroslav Lovric]*

**HON.  MIROSLAV LOVRIC**

---

[2] Signed by SAUSA Peters on behalf of Mr. Gorton with consent obtained by email.